FAEGRE DRINKER BIDDLE & REATH, LLP
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000
*Attorneys for Defendant Johnson & Johnson*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA ABEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHNSON & JOHNSON, et al.<br><br>　　　　Defendants. | Civil Action No. 3:24-cv-06369<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears on behalf of defendant Johnson & Johnson ("J&J").

With the filing of this Notice of Appearance, J&J hereby adopts Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Answer to Plaintiffs' First Amended Master Long Form Complaint and Jury Demand, including all defenses therein including lack of personal jurisdiction, and deny all allegations in Plaintiff's Short Form Complaint.

With this Notice of Appearance, J&J does not waive any defenses, objections, or motions available under state or federal law, and J&J expressly reserves the right to move for dismissal of some or all of Plaintiff's claims and/or seek dismissal on lack of personal jurisdiction, improper venue, improper service, the doctrine of *forum non conveniens*, or any other applicable grounds.

FAEGRE DRINKER BIDDLE & REATH LLP

Attorneys for Defendant Johnson & Johnson

By: */s/ Susan M. Sharko*
      Susan M. Sharko

Dated:  July 11, 2024

## CERTIFICATION OF SERVICE

   I hereby certify that on July 11, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

                 */s/ Susan M. Sharko*
                 Faegre Drinker Biddle & Reath LLP
                 Susan M. Sharko
                 600 Campus Drive
                 Florham Park, NJ  07932-1047
                 Tel: (973) 549-7350
                 Fax: (973) 360-9831
                 Email:  susan.sharko@faegredrinker.com